UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-296 |
| v. | * | SECTION: "D" (1) |
| TREMIKA I. SIMON | * | |
| | * | |

### O R D E R

Considering plaintiff, the United States of America's ("United States"), motion to enroll additional counsel of record:

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED**. The Clerk of Court is **ORDERED** to enroll Assistant United States Attorney Peter M. Mansfield as additional counsel of record for the United States in the above-captioned proceedings.

New Orleans, Louisiana, this 25th day of January, 2008.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

