UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 00-296 |
| v. | * | SECTION: "D" (1) |
| **TREMIKA I. SIMON** | * | |

\* \* \*

## MOTION TO EXAMINE JUDGMENT DEBTOR and INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through the undersigned Assistant United States Attorneys, comes plaintiff, the United States of America, and moves this Court for an order to examine judgment debtor for the reasons stated below.

I.

The United States of America is a judgment creditor of defendant, Tremika I. Simon ("Simon"), in the sum of $26,078.00. As of this date, the outstanding balance is $22,214.00.

II.

The United States of America desires to examine Tremika I. Simon pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to her assets, estate, or other property. Simon is also requested to produce at her judgment-debtor examination documents listed in Exhibit 1 pertaining to her assets, estate, or other property.

1

**WHEREFORE**, for these reasons, the United States of America prays that this Court grant its motion and order Simon to be examined as a judgment debtor at the time and place to be fixed by the Court.

        Respectfully Submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        *s/Peter M. Mansfield*
        PETER M. MANSFIELD (28671)
        Assistant United States Attorney
        Hale Boggs Federal Building
        500 Poydras Street, Room 210B
        New Orleans, LA  70130
        Telephone:  (504) 680-3047

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first-class United States mail, postage prepaid on this 30th day of January, 2008.

        *s/Peter  M.  Mansfield*
        Assistant United States Attorney