UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-296 |
| v. | * | SECTION: "D" (1) |
| TREMIKA I. SIMON | * | |

\* \* \*

### O R D E R

**IT IS ORDERED** that defendant, Tremika I. Simon, appear before Magistrate Judge Louis Moore, Jr., on the **5th** day of **March**, 2008, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor and to produce the documents pertaining to her assets, estate, or other property as requested by the United States.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve its motion and this order on the judgment debtor by certified mail.

**FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

New Orleans, Louisiana, this **1st** day of **February**, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

U.S. Attorney shall serve by certified mail:

Tremika I. Simon
733 Carrollwood Dr., Apt. 167
Gretna, LA 70056