**MINUTE ENTRY**
**MOORE, M.J.**
**March 5, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-296** |
| **TREMIKA I. SIMON** | * | **SECTION: "D"(1)** |

### HEARING ON MOTIONS

APPEARANCE(S):   Mr. Peter Mansfield, Assistant United States Attorney

Tremika Simon, In Proper Person

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDER

The judgment debtor was sworn before the court.  Thereafter, Ms. Simon was ordered to appear before the Assistant U.S. Attorney or members of his staff to conduct the judgment debtor examination.  Subsequently, Mr. David Vigier, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

MJSTAR(00:05)